IN The United States District
Court of Eastern District of
Pennsylvania

Lamont Zamichieli,

Plaintiff

VS.

BettyLou Mihal-;LT,
Sgrt TROJAN, C/OI ARMStong,
LT. Weis, C/O LT. Rivera,
LT. Berfield, Keith Carberry
& DSFM, Supt. Laurel Harry,
Psp State Trooper Nate Bronescswiski,
UM-Bradley Ritchey, Commoneealth,
of Pennsylvania- State of Pennsylvania
, Cumberland County,
LT. Baptist                    Defendants.

Civil Action
#

All Defendants except
PSP State Trooper Nate
Bronescswiski and
Commonwealth of Pennsylvania
State of Pennsylvania
To Be Served at:
SCI-camphill /PA DOC
2500 Lisburn Road
PO Box 8837
Camphill, PA 17001

Civil Complaint Section 1983
against officials of State
of Pennsylvania Commonealth
and Prison officals of State.

["18" page Complaint]

All Defendants Listed is sued in
Both individual & official capacities
under color of Law for Federal & PA
State violations of Law.
DOC Defendants could provide addresses
for other defendants to Be served at.
13 total Listed Defendants

**DC-141   PART 2(A)**
Rev. 9/2009
**INMATE REQUEST FOR**
**REPRESENTATION AND WITNESSES**

# COMMONWEALTH OF PENNSYLVANIA
## DEPARTMENT OF CORRECTIONS

| DC Number | Name | Facility | Date | Number as on **Part 1** |
|---|---|---|---|---|
| | | | | |

You have been charged with a misconduct. You may request assistance and/or witnesses to appear at your hearing by completing the section(s) below.

In order to have assistance or witnesses at your hearing, you must complete this form and present all copies to one of your housing officers no later than 9:00 a.m. the next day after you receive notice of the misconduct.

**Assistance:**   ☐ I do not request assistance
☐ I request assistance by _____
     (The person requested must be willing to assist you)

**Witnesses:**   You may request witnesses in accord with DC-ADM 801. State the relevance and importance of the testimony the witness will give.

| | |
|---|---|
| **1. Name of Witness:**   No.   If Inmate   Quarters<br><br>Why is this person's testimony relevant and important? | DO NOT WRITE IN THIS SECTION<br>For Use by Hearing Examiner<br><br>Witness permitted?        If not, why not? |
| **2. Name of Witness:**   No.   If Inmate   Quarters<br><br>Why is this person's testimony relevant and important? | Witness permitted?        If not, why not? |
| **3. Name of Witness:**   No.   If Inmate   Quarters<br><br>Why is this person's testimony relevant and important? | Witness permitted?        If not, why not? |
| _____<br>Inmate's Signature | |
| This section to be completed by Housing Officer only<br><br>Received completed form _____ hours _____<br>        Time        Date<br><br>_____<br>Housing Officer's Signature | _____<br>Hearing Examiner's Signature |

**WHITE – DC-15   YELLOW – Inmate's Copy to be Given After Action by Hearing Examiner   PINK – Staff Member Reporting Misconduct**
**GOLDENROD – Inmate Cited**

*DC-ADM 801, Inmate Discipline Procedures Manual*
*Section 1 – Misconducts/Rule Violations*                    *Attachment 1-D*
Issued: May 20,2015
Effective: July 2, 2015

## Complaint

A) Plaintiff Lamont Zamichieli inmate # LW2870 Brings this Action under Section 1983 and 1981, 1985 if applicable/allowed under All Federal and State statutes Constitutional Claims as Listed all thought this Complaint. Secured Rights under the color. This count has Jurisdiction under 28. U.S.C § 1331, 28 U.S.C § 2283 § 2284; Rule 65 of Federal Civil Rules Procedures and 1343(A)(3) for all compensatory Damages, Punitive Damages, NOMINAL DAMAGES court costs. filing fees Attorney fees, cost of Litigation and INJUNCTIVE Relief Jointly & severally in all capacities

## Venue

3) VENUE Jurisdiction is Proper pursuant to 28. U.S.C § 1391(B)(6) Because of events given Rise to this Action occurred at SCI–camphill and State – COMMONWEALTH of PENNSYLVANIA in PADOC which, DOC and State of PA consider the EASTERN DISTRICT–Region of PA as the DOC KNOW NOW only has two Regions, The EASTERN & WESTERN – NO Middle, as Middle was split into between East–West. of all claims U.S.C § 1367.

## Plaintiff

C) Plaintiff Lamont Zamichieli inmate # LW2870 is currently Incarcerated Residing at SCI–Phoenix 1200 Mokychic Drive Collegeville, PA 19426 which is also EASTERN District Region of PA. ANY/ALL mail sent from the courts or clerk of courts must be Mailed/Addressed to Plaintiff at above address Name and inmate number, Plaintiff Resided with a home Address in Phila, PA Prior to Incarceration in PADOC and will Reside in Phila, PA upon Release (EASTERN district of PA)

D) Defendants Shall SERVE ANSWER to complaint and or all other Responses Motions, filings Return of service forms etc etc to plaintiff at :

    DB  SMart COMMUNications/PA DOC
    Lamont Zamichieli inmate # LW2870
    SCI–Phoenix
    PO Box 33028
    St. Petersburg, Florida 33733

          * Note: All Mail address to SMart communications address in Florida; PA DOC 3nd party contract vender address may take 10-21 Days for it to Be forwarded delivered to me.

This Address is The PADOC 3nd party Mailing Processing vender contracted. Defendants and or their attorneys, if only PADOC under Policy DCADM 803 allow Permit or give their Attorneys access to Register and obtain an attorney contral number (ACN) to apply on outside of Mailing envelope to address Privileged Legal Mail at The facilities Direct address 1200 Mokychic Drive Collegeville, PA 19426 to Plaintiff. * Note: Mail sent/Addressed at Prisons Physical Direct Address may be returned to sender if it dont contain (ACN) attorney contral number under the Legal agencies Attorney's Address on ENd/on...

E) (while A) As A PRISONER Plaintiff filed section 1983 Lawsuit in Western District court of PA at CASE #2:17-CV-00742-CRE in 2017 Assigned to Honorable Cynthia Reed Eddy. Plaintiff Also filed other Actions in Middle District court of PA which was all Assigned to Honorable Judge Malachy E. MANNION

Civil #3:18-CV-00850-MEM-DB    Zamicheli v. Ficks et al.   Filed 2018
#3:20-CV-00180-MEM-DB         Zamicheli v. Mraz, Hs, et al.  Filed 2020
#3:17-CV-01898-MEM-DB         Zamicheli v. Delbalso, et al., Filed 2017

*Note: No Responsive Pleading to This Section is Required as These Actions are Not relevant or Related to This instant CASE #

F) Miscellaneous
At This current time of filing of This Complaint, Plaintiff dont have access to all of his ~~xxxxxx~~ Legal papers documents exhibits, evidence, Affidavits/declarations of witnesses or any other Material he needs to properly Litigate because he's currently in Level 5 housing unit (RHU) Restricted Housing unit which means he's Restricted from having a certain amount of Material, contents in his cell at the time of filing but when he gets Access he will Provide to the courts, if only certain Material wasn't destroyed by Defendants or staff of PA DOC upon packing Zamichelis property without his Presence at SCI-Camphill and Shipping to SCI-Phoenix. Plaintiff dont fully Remember all relevant Dates/times of incidents given Rise to This complaint as his documents and facts are Not infront of him but however he is going off of recollection from Memory top of head giving as much Dates/times/facts as Possible which May or May Not be As Accurate but however are truthful to Best of knowledge information & understanding to Be 100% true. He exhausted fully all of his Administrative Remedies As to All defendants and All claims Through grievance systems and appeals and other DOC Methods of exhaustions.

G) ~~xxxxxx xxxxxx~~ Summary of Claims/Facts
Plaintiff Zamicheli Brings this Action Pursuant to 42. U.S.C § 1983 for violations of his Rights under 8th Amendment of US Constitution and 1st Amendment of U.S Constitution for The Pattern of Retaliatory Sexual Assaults and Excessive uses of force etc Retaliation in the form continuously Pattern of Retaliation in the form of assaults, excessive force, false Misconduct and criminal Malicious Prosecution charges filed Against him which Also violated his due Process of the 14th Amendment as well As Unlawful Restraint & false Imprisonment State of PA law Assault & Battery as All Defendants knew of Pattern before existing all knew that Plaintiff was in Danger at Risk of sexual Physical assaults by Defendants and failed to Protect Plaintiff from further Assaults etc even After being aware of The LACK of working/recording cameras available on units Places where assault could/would occur and did occur, but failed to ensure cameras Record.

[section that lists Defendants "H" through "I"]

## DEFENDANTS

**H.** Defendant BettyLou Mihal is a Lieutenant - Correctional officer III employed by PADOC at SCI-Camphill at all relevant times mentioned in this Complaint. Sued under color of law in individual and official capacity for all claims. She is a PREA LT. to investigate detec detect gather evidence of sex abuse.

**I.** Defendant TROJAN is a SERGEANT (SRgt) employed by PA DOC at SCI-Camphill at all relevant times mentioned in this complaint. Sued under color of law in individual & official capacity, All claim. A "DTU" officer at time.

**J.** Defendant ARMSTONG is a Corrections officer I employed by PADOC at SCI-Camphill at all relevant times mentioned in this complaint. Sued under color of law in individual & official capacity, All claims. A DTU officer at time.

**K.** Defendant Weis is a DTU Lieutenant - Corrections officer III employed by PA DOC at SCI-Camphill security dept who is a supervisor of all other Defendants officers mentioned at all relevant times mentioned in complaint. Sued under color of law in individual & official capacity, all claims.

**L.** Defendant RIVERA was a Corrections officer I at time of incidents relevant mentioned in this complaint at SCI Camphill PA DOC, he is now a Lieutenant Corrections officer III, sued now under color of law in official & individual capacity. A "DTU" officer at time. All claim

**M.** Defendant Benfield is a Lieutenant - Correction officer III employed at SCI camphill PA DOC a head defendant in charge of security & safety of all inmates in the facility he oversees all most of Defendants, if not all Defendants. Mentioned at all relevant times under color of law individual & official capacity, All claims.

**N.** Defendant keith O. Corberry was at Deputy Facility Secretary superintendent of facility Management (DSFM) by PA DOC employed at SCI-Camphill. He's now retired or resigned. In charge of operations & security of facility dealing with safty & security of all inmates oversees the facility who also had knowledge of Defendents wrong doings but didnt discipline or train, Investigate the patterns of Retaliatory abuse e Sued in individual & official capacity under color of law, all claims mentioned at all relevant tm

**O.** Defendant Laurel Harry is a superintendent of SCI-camphill employed by PA DOC. Sued under color of law in both, official & individual capacity at all relevant times mentioned (Defendents) had knowledge and failed to protect plaintiff from patterns of Retaliatory abuse etc in the facility and had knowledge that there was cameras installed in the locations where abuse occurred and knew that the cameras didnt work or Record. She's responsible for all claims too

(P.) Defendant Nate or Nathan Broncscswiski, is a PSP, Trooper employed By State of Pennsylvania Commonwealth of Pennsylvania (Pennsylvania State Police) at Barracks in Cumberland County who colorobates works with PADOC at SCI-Camphill Defendant what to prosecute PREA Sex abuse cases in the prison. The full correct name or spelling of his name is unknown at the time due to my documents arent currently in my possession. He is sued individual & official capacity under color of law all claims as relevant mentioned at all times especially in malicious Prosecution or etc in Retaliation and Conspiracy

(Q.) Defendant Bradley Ritchey is a Unit Manager (UM) of SCI-Camphill PA DOC employeed who is the officers Boss Supervisor of Trojan, Rivera, Armstong, etc on The "DTU" E Block. He is sued under color of law, at all times Relevant mentiones in complaint in official & individual capacity for all claims

(R.) Defendant "Commonwealth of Pennsylvania" (State of Pennsylvania) sued in individual & official capacity all mentioned under color of law in Complaint is the employer of all other Defendants and the state knew that there was inadequate insufficent cameras installed in the PADOC facility at SCI-Camphill and cameras thats available didnt record which went against state & federal law but failed to remedy even after aware that a retaliatory pattern of excessive force / sexual assault existed in the facility by other Defendants and is also responsible for Restraining me and unlawfully and Imprisonment of me on malicious criminal retaliatory false charges which was Dismissed Months later. This also claim against the cumberland county district attorney's office

(S.) Defendant Cumberland County sued in individual / official capacity all Relevant and Mentioned at all times in complaint under color of law for Monell claim and Its deliberate in difference to Safety / Protection of Plaintiff and knew of the practice policy illegal customs & patterns procecution of excessive force & sexual assault in retaliatation & precety locations of maliciously and knew that the cameras install in units / Locations of SCI-Camphill PA DOC where all the abuse incidents in questioned occurred, knew the cameras didnt work or record prior to incidents of abuse, while incidents occurred & afterwords and failed to protect Plaintiff from further harm and knew of the practice of not having recording working cameras installed Due to the Lack of funds or trying to save funds! sued for all claims

(T.) Defendant Baptist is a Lieutenant - Corrections officer III employeed By PA DOC at SCI-Camphill. Mentioned and Relevant at all times he's a Security Dept Staff who also is incharge of safety / security of inmates, he failed to investigate, discipline or train his employees Defendants intentionally. He also knew the cameras on units / and location where Plaintiff was abused Repeatedly didnt work or record, hes Responsible for pattern of abuse excessive force sexual assaults etc. sued in individual & official capacity all claims

To: business office for mail via USPS first class

**DC-138A**

# CASH SLIP ★

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS

Same Day Mailing Thanks

**1. REQUISITIONING INMATE** Erick cpod cell cr-07

| DOC NUMBER | NAME (PRINT) | LOCATION | DATE |
|---|---|---|---|
| LW2870 | Lamont Zamichiel, | EC-1007 | 2/20/2021 |

**2. ITEMS TO BE CHARGED TO MY ACCOUNT** Feb 20, 2021

Thankyou very much! Have a Blessed Day!!

Please deduct appropriate amount of funds for Postage to mail This envelope full of Documents to final Review Grievance Appeals Central office addressed Below Anticipated Legal Postage

Total of "20" Documents enclosed

envelope # 1 of 2

TO:
FINAL REVIEW
S.O.I.G.A
1920 Technology parkway
Mechanicsburg PA 17050

grievance appeal # 913605 with all associated Required documents for Review also grievance # 893199 appeal with associated documents for grievance appeal # 966732

\* Please deduct 10¢ to send me copy of CashSlip indicating cost ldate of mailing etc.

copies 2-23-21

\. Please deduct 10¢ to send me copy of front of envelope addressed to S.O.I.G.A Thanks

20  Co.  AB

| 3. INMATE'S SIGNATURE | 4. OFFICIAL APPROVAL |
|---|---|

**5. BUSINESS OFFICE'S SPACE**

| CHARGE ENTERED | DATE | BOOKKEEPER |
|---|---|---|
| $ .40 | 4/25/21 | 7 |

# FACTS

Section that lists #1 through #82 which includes exhaustion Legal claims and Requested Relief and verification #1-62 is FACTS / 63-90 claims/relief etc

① ON July 29, 2019 OR July 30, 2019 while housed IN the "DTU" Diversionary treatment unit designed to treat & discipline seriously mentally ill inmates I WAS subjected to patterns of excessive force & sexual assaults in Retaliation for my complaints, grievances, etc after threats was made by defendants

② I am and WAS diagnosed with "Schizoaffective Disorder Depressive type" a serious Mental illness on "DTU" at SCI-Camphill since 2015 Leading to 2020.

③ ON July 29, 2019 OR July 30, 2019, I WAS housed currently in EA-1007 at SCI-Camphill IN PA DOC when Defendant Ritchey Stated threats that he and his "DTU" officers (Defendants) will come in my cell to Fuck me/Rape Me, Physically /Sexually assault me. Therefore I filed PREA Sexual abuse/Threats complaint.

④ ON July 30, 2019 OR July 31, 2019, I plaintiff Zamichieli was interviewed IN SCI-Camphill Security Department by Defendant Mihal who is the (PREA) PRISON RAPE ELIMINATION Act Lieutenant assigned to investigate sexual ABuse etc within the facility as she and defendant BRONESCSWISKI a Pennsylvania State trooper works together as partners and friends to investigate complaints. Defendant Mihal interviewed me about Prea filed against Defendant Ritchey. All Defendants knew that the cameras on unit didn't Record. security

⑤ Defendant Mihal Relayed to plaintiff that Defendant Ritchey is a homosexual who had a history of sexually harrassing OR abusing inmates in the facility. also multiple witness inmates in cells Nearby witnessed the threats by Ritchey as testified on intervie by Mihal.

⑥ ON July 30, 2019 OR July 31, 2019 while in Defendant Mihal's office, she began conversation in sexual manner about how she know/Remember me from being at SCI-Camphill in 2015 on "C" Block when she was a Sregent and use to stop at my cell door encouraging me to Pull penis out and Masturbate for her to watch.

⑦ at the interview in Defendant Mihal's office, she stated "the time has now come, you are finally alone with me here in the office, I want to feel the penis you always showed me, I want to feel it inside of my vagina, I been waiting for this moment for years"

⑧ Defendant Mihal told me, plaintiff Zamichieli that She'll give me commissary products food, hygiene, etc and protect me from all harm in the facility and Make sure Defendant Ritchey don't harm me or get others to harm me as he threatened. Defendant Mihal promised the above if I agree to have sex with her and kept it a secret...

9. I was scared and afraid so I had no choice but to accept her offer, Bribe etc because I am only 5 foot 2 weighing 110 pounds with serious mental illness very weak/vulnerable as Defendant Mihal knew. She was about 5 foot 11 weighing 200+ pounds.

10. Listed in my PA DOC, psych, and Medical Records, etc since 2016 or 2017 I was to only be seen or interviewed by only Male Staff/employees in regards of any issues in the facility due to my vulnerability and past abuse sexually by female employees in PA DOC, etc etc... All Defendants including Mihal knew this but ignored the Directive and Still proceeded with the obvious. Thereby failing to protect me & Deliberate indifference to the unsafe Risk of attack, etc.

11. On July 30, 2019 or July 31, 2019 Defendant Mihal, in her office, pulled my penis out of my pants with her hands while I was handcuffed/Belted Sitting down in a chair, She Stroked my penis until it was fully erected and eventually She Sat down on top of my Lap while facing me as she pulled her pants/panties down and slid my penis inside of her vagina and moved herself up & down very Rough & fast for about 10-20 minutes or so as I asked her to stop because it was hurting my penis and Back but she kept going until She had orgasms and caused me to ejaculate inside of her & vagina. The pain lasted for weeks.

12. I was scared to tell many people although I told a few defendants but it was ignored, as I also went back to unit/cell and saved the underclothing as evidence to Bring to staff that would have Defendant Mihal's DNA on it Such as vaginal fluids, however such evidence was destroyed by staff/Defendants weeks afterwards intentionally, as staff took them from my cell to prevent Preservance. Staff Defendants also destroyed consificated witness statements of other inmates about 8/18/19 Incident taken from my cell.

13. On August 14, 2019 Defendant Ritchey was on ~~████~~ the unit who communicated messages to his DTU staff (Defendants) SCI-Camphill to harm me.

14. On August 14, 2019 approx 2:00-2:40 PM as unit camera would Review, if camera footage exist as I was told that it May/or Maynot exist because the camera's on unit is "for show and tell and don't work or Record." The camera would show That Defendant Rivera who is Now a Lieutenant but was a COI (officer) at time of incident came to my cell EA-1007 and stated "when we get a chance we will come in your cell to Beat your ASS because you filed PREA complaint On OUR Boss, Ritchey!" Inadequate Insufficient amount of cameras on unit was a safety security Risk all defendants knew camera's didn't Record, but failed to Remedy.

15. On August 14, 2019 approx 2:00-2:40 PM moments after the threat by Defendant Rivera; he, Defendant TROJAN, Defendant ARMSTRONG and a few others who may be listed Defendants or ~~Ritchey~~ entered my cell EA 1007 while I was using Bathroom sitting on toilet PANTS down and physically-sexually abused me by Punching kicking kneeing me in face, head, hand, BACK and RECTUM. Defendants knew excessive force was happening on unit with no working Recording camera

(16) On 8/14/19 Defendants had Rubber gloves on their hands when they entered my cell without a hand held camera. They failed to preserve the gloves evidence

(17) According to policies of the PA DOC such as 6.5.1 dealing with security in Level 5 housing units, RHU etc employees are not Authorized to enter cells without an audio/visual camera on scene prior to opening door of cell of a Problematic inmate, unresponsive inmate, etc camera must be present, on, and Recording. If the unit camera's worked/Record, it will show Defendants entering my cell... But if camera didn't work/record, it's a textbook example of deliberate indifference to safety of inmates.

(18) While I was on toilet pants down after butt wipping, Defendants entered my cell and lied and said I was unresponsive had sheet around Neck and seizing as door/window covered. They lied, they changed stories as they first said I had sheet around Neck hanging and my Door was covered then they said I was having Seizure and they stated that was Reason for entering my cell.

(19) My Door/window on 8/14/19 2:00-2:40 PM was uncovered way and officers had view in my cell when Defendants knocked me off of the toilet to brutally beat me. Inmate Deem-~~D~~ housed in EA-1009 was in his cell saw incident also EA-1010 Robert wead also inmate william moreno and others who wrote affidavit declaration statements on my behalf.

(20) I was struck/punched, kicked kneed elbowed in my eye, face, head, Neck stomach Ribs Back Arms legs hands etc, multiple times by involved defendants who entered my cell on 8/14/19 2:00-240 pm and put me in handcuffs from behind Back and while (handcuffed/shackled) I was again Punched kicked brutally beaten by Defendants as they Banged my head to floor, squeezed my ~~toc~~ testicles from behind to force me to cry and moved as they caused said stop Resisting ~~to~~ when I Really wasn't Resisting. They tied Sheet around my Neck/face to choke me and I couldn't see all of their faces and ~~D~~ I got a view and saw Defendant Trojan insert the metal pole 40 minute punch Bar steel of 4 inches long into inside of my rectum causing extreme pain Discomfort as I cried as Result, and possibly Lost concious Briefly and had seizure as result

(21) On 8/14/19 when the Defendants Entered my cell they Labeled the incident as a "Medical emergency of unresponsive inmate" as they documented on DC121 incident Reports & Misconduct Report

(22) Defendant TROJAN on DC141 Misconduct Report stated it was medical emergency of an unresponsive inmate, and then he falsely accused me of assaulting him by ~~attempting~~ allegedly kicking his Arm/Forearm several times while he was applying Leg Restraints-Shackles on an unresponsive inmate medical emergency in my cell on 8/14/19.

(23) As a Result of the false DC141 Misconduct Report by Defendant TROJAN, I had to undergo hearing, falsely found guilty and sanctioned 75 Days consecutive DC time in RHU

(24) I suffered Numerous of Injuries Swollenness Bruises, cuts, scrapes to The Face eye, Neck Arm, hand, Back Legs etc which was Bleeding and Painful and Defendants used Metal Keys as weapons while in cell and Repeatedly Poked stratched my hands causing Bleeding Injuries to hands as well. Prior to Camera arriving, I heard Defendants say to each other "he's (SMI) So we can say 3 more it look like he tried to hang himself

(25.) After Being inside of my Cell for moments, a handheld camera eventually arrived Late and I was escorted to Strip Cage or Medical/POC on Camera Audio/visually where I Reported Sexual abuse by Defendants as they heard of Then Later they created a False Retaliatory Misconduct DC141 to Justify Abusing me by claiming I assaulted Trojan when I didn't.

(26.) According to 13.2.1 Medical Policy, 6.5.1 Level 5 unit Policy, and 13.8.1 Section 14 §C.4 DTU Policy, when entering cell of a seriously mentally ill inmate in DTU, etc; applying Leg Restraints/Shackles or cuffing Behind Back is prohibited especially dealing with a (SMI) "unresponsive Inmate in need of medical attention- medical emergency" Applying Leg Restraints on an inmate who is shaking, tremoring, from Medical Disorder allegedly Actively seizing seizure is cruel & unusual and deliberately indifference to medical condition, seizure disorder... I had seizure after the Beating & Before handheld camera arrived in cell, I was beaten By Defendants while handcuffed/Shackled.

(27.) Most of my Injuries suffered from incident of 8/14/19 was documented in medical files Records DC 0457 charts, etc although Nursing Staff at SCI-Camphill falsely documented my statement of facts of incident, Injuries, Nature of Injuries, Just so they could Cover up their employees (Defendants) illegal behavior and they was told by Defendants

(28.) Medical Dept Staff, LT's, Collected my clothing for Preservance of evidence of Sex abuse and Preserved to my knowledge on 8/14/19.

(29) I was taken to outside hospital "UPMC Harrisburg Dr Pinnacle" who also Documented Recorded my Injuries in medical files Records of Hospital, The SANE/SAFE Nurses also took Photos of my Injuries also performed a Rape kit to preserve evidence of Sexual assault of The incident 8/14/19 when The Metal Bar Pole was shoved inside of my Rectum by Defendant Trojan/others. Reports, Photo's etc of The hospital was and Should have been forwarded to PSP State Troopers for investigation.

30. IN the INTERNAL prison SYSTEM for PREA Report against Defendant TROJAN, Ritchey, ARMSTRONG, RIVERA, etc; LT. FRANCIS was eventually assigned to investigate and Respond to grievance Reporting sexual (Physical) abuse on Defendants due to conflict of interest Bias if Defendant Mihal would continue to investigate.

31. ~~Defendant~~ LT. FRANCIS, a ~~new~~ NON-defendant, at time, has Never ~~to~~ interviewed me about The Physical (sexual) abuse as he was assigned to and assigned to Respond to grievance, however Reasons UNKNOWN to I was Never interviewed by Defendant ~~who~~ Weis about the 8/14/19 INCIDENT at ANY time either but however Defendant Weis[Baptist] Responded to The grievance, etc They @ failed to investigate The INCIDENT, NOR Did ~~oste~~ Defendant Baptist ever interview me about the 8/14/19 INCIDENT

32. Defendants ~~was~~ falsely documented that he interviewed me about 8/14/19 INCIDENT ON any date such as 9/16/19 on 10/16/19 etc he stated on grievance Response that I admitted to Lying about The incident of ABUSE 8/14/19.

33. However I NEVER Lied about The abuse that has taken place on 8/14/19 or any other abuse incidents in question, NOR Did I allegedly admit to lying about any INCIDENT & pattern of abuse, etc.

34. There's No Proof that I allegedly Lied or allegedly admitted to Lying about any of The ABUSE incidents... There's No Audio/visual Recording footage of me allegedly Admitting to Lying NOR is There written Statement Proof That contains my handwriting and Signature verifying Defendants ~~own~~ false Statement because I did not ~~to~~ Lie about The INCIDENTS of ABUSE.

35. ON 9/16/19 or 10/16/19 Defendant Weis or ~~Baptiste~~[Baptist] Did interview me about The incident of Sex abuse I filed against Defendant Mihal and I told him how Mihal Sexually abused me in detail, That happened ~~on~~ in end of July 2019 and on 9 September 3, 2019.... Defendant's Weis Never questioned me about the incident of July 29, 2019 or July 30, 2019 That involved Threats By Defendant Ritchey to abuse Me NOR did Defendant ~~interview~~ interview me about The 8/14/19 incident because he wasn't assigned to investigate it. Defendant Baptist also again questioned me in Sept-October 2019 about having kathleen Deitrich in Pocket, Sexually weeks after Sept 3, 2019 ABUSE by mihal

36. ON September 3, 2019, I was called up to Security Dept by Defendant Benfield and was escorted in handcuffs (Belt, who questioned me about allegedly "Having a female Staff in Pocket" he heard Rumors of from confidential source Benfield knew about the First time I was abused by Mihal @ but didn't Protect me, Let it happen again.

37.) Defendant Benfield stated that his informants told him that I had a staff member name "Kathleen Delicati" At SCI-Camphill in Pocket and had sexual dealings or interactions with her and other female staff who allegedly consented.

38.) After finishing up interview with Defendant Benfield on 9/3/19, Defendant Mihal called Benfield's office phone and said she needed to see me in her office.

39.) On September 3, 2019 I was handcuffed/belted, I went into Defendant Mihal office, Security Dept Interview Room, She questioned me about the Same thing Defendant Benfield questioned me about.

40.) Defendant Mihal stated that she was mad/disappointed at me because she felt jealous and some other type of ways emotionally that she heard that I was sexually dealing with another female staff member (The Rumors) She stated that she "was supposed to be the only woman I was allowed to be sexual with." At this time she admitted that she wanted a serious personal intimate relationship committed with me, also she heard that I reported her for abuse about July 2019 incident.

41.) Defendant Mihal and Staff member "Delicati" use to once deal with each other in sexual ways in past, They was Bisexual both attracted to male & females and each other and me.

42.) After questioned By Defendant Mihal on September 3, 2019 in afternoon or evening, Defendant Mihal moved closer to me, pulled her pants down and pulled her ~~purple panties~~ Purple panties down while I was seated, in handcuffs) Belted, She put her vagina area in my face mouth telling me to kiss, lick, eat it. I did it for her in fear, moments after performing oral sex on her against my consent, She pulled her clothes up and moved down lower towards my penis area, she used her hands ~~got to to~~ after putting Rubber gloves on, pulled my penis out of my **pants** and proceeded as though she was going to perform oral sex on me, she then put a glove ~~on~~ over my penis and Bit my penis with her teeth, She Raked her teeth over it Roughly, causing pain scrapes! I tried to pull away or move away but she had a grip on my penis with her teeth. She Ripped my skin slightly causing teeth Prints, pain, Bruises on my penis.

43) ON September 3, 2019 IN Defendant Mihal's office after She Bit my penis, She pulled a Metal Sharp object out placed it to my penis threatining to cut it off if she ever again hear that I had sexual dealings with another female staff besides her. I cried out in pain discomfort. I hurried and got up putting penis in my pants and attempted to Run out of The Room away from her, she then hit me IN BACK of my head with either a Closed Fist or another object very hard. I made it out The Room IN Security Lobby area area where I was Yelling help to others around. I then fell down and had a seizure as a result of Blow to the head by Defendant Mihal as I went unresponsive and urinated myself etc.

44) Medical Dept was called and assessed me and I was taken to infirmary as I Reported sexual abuse by Defendant Mihal after I came out of Post inoictal Stage and Rested for 20 minutes or so. Clothing was preserved for sex abuse evidence, I was Left in Infirmary cell for 30-40 minutes prior to taken out to outside hospital "UPMC Harrisburg Pinnacle Hospital".

45) Prior to taken out, officers came around with Dinner meal trays, I told staff I don't think it'll be Good Idea to eat/Drink anything yet, but they stated That it won't harm Evidence preservence if I eat/DRINK, so I ate DRINK! My clothing was collected as evidence.

46) At hospital on September 3, 2019 SANE/SAFE Forensic Nurses Emily Hanes and or Greer R. Spittle as before like incident of 8/14/19, collected evidence, did Rape kit swabs and took Photos of my injuries which include The injuries on my penis which was saved and given to PSP. The pictures Reflected my injuries! Scraps, cuts, teeth mark, Bite marks, on my penis which was very sore and painful. They documented all in Hospital reports, etc Discharge papers.

47) Pennsylvania State Police Defendant BRONESCSWISKI was Defendant Mihal's friend, so he was assigned to Investigate The sex abuse as described that happened on 9/3/19. They Conspired to file false febricate Malicious criminal charges against me in retaliation for my Good faith honest sex abuse complaint against Defendant Mihal. The state of Pennsylvania, cumberland county, Defendant Mihal, Bronescswiski, Benfield and other defendants are Responsible as well.

48) The first time Defendant Bronescswiski came to interview me as he stated he attempted was a conspiracy because on this day I was at my Door talking to Psych ASS Gross who witnessed 2 unknown unidentified officers- Defendants came to my cell telling me that "Mihal" wanted to speak to me in her office, so I Refused in Fear.

49. If it was really PSP Trooper there to talk to me, I was deceived by Security Dept officers Defendants who told me that Mihal wanted me in her office again to possibly abuse me again.. I told the officers who stated they already knew about the separation between me and Mihal due to Sexually abusing me twice, but they still tried to tell me to come see her, I filed grievances about this incident as well The Investigation of sex abuse claims against Mihal started 9/3/19 and ended May 2020 ~ May 2020

50. When finally interviewed by PSP Defendant Bronescswiski, in regards to the claims of sexual assault filed against Mihal, his friend. He told me that I was not in trouble or being investigate or under arrest or anything in the nature as he Never even read me a Miranda warning, he had me sign a card as he stated its consent for him to investigate the Sexual abuse incident of 9/3/19. He eventually interviewed me with an audio tape recorder present and said he use tape recorder to go back to what I said, incase he forget to write something in his reports, he use it as a tool to remember. (For indecent exposure DOC misconducts or unfounded Prea Allegations in regards to other inmates who receive such misconducts or PREA Results Does not get criminally charges for it, however I was falsely charged)

51. I sworn under oath and told Defendant Bronescswiski PSP Trooper the 100% truth of incidents of sexual abuse specifically the 9/3/19 incident, however he conspired with Defendant Mihal, his friend to file false criminal charges against me in retaliation. The criminal charges stated that I allegedly filed false unfounded Prea sex abuse allegations against Mihal and that I exposed my penis to her and that I gave false information to the trooper, and other charges... "5" or "6" misdemeanors of criminal code statutes. Its Now as of July 2021 been 14 months since falsely charged

52. Defendant Bronescswiski and others Responsible Involved in the investigation filed malicious retaliatory criminal charges against me in May 2020, I was given/served the police complaint- affidavit of cause, etc as By Defendant Ritchey which revealed the charges, alleged facts and Bail of $25,000 cash secured according to the papers. I was unable to post the Bail, so remained pending on the false charges while Incarcerated in custody. I was informed months later that the charges was withdrawn-dismissed with prejudice although given No written information

53. I suffered extreme aniexty, stress, Depression, mental Anguish for several months as Result of Being Repeatedly Sexual abused by Defendants harrassed, Assaulted and had serious criminal false charges pending against me. As Result, I repeated committed self harm and attempted suicide. My Life/freedom was at Risk for months if convicted of false charge

54. After months of having false charges against me, although I was Never given opportunity to appear or attend any hearings on charges, I was informed by DOC staff Defendants that the charges was dismissed with prejudice.

GE MAC1200    ZAMICHELH, LAMONT LM2870, CCS
32 Years (07/04/1984), 60 in, 135.0 lbs

CENTER NO.:
Measurement Results:
QRS            :  94 ms
QT/QTcB        : 334 / 397 ms
PR             : 154 ms
P              : 108 ms
P/QRS/T        :  77/ 86/ 71 degrees
RR/PP          : 642 / 705 ms

Order Physician

Interpretation:
12SL — Interpretation:
Sinus rhythm with Blocked Premature atrial complexes
Otherwise normal ECG

< P    . . . . .
< T    - - - - -
< QRS  ———

-90        aVL    0 I
aVR

III +90 III
aVF

Room        Cart# 1   Site# 32   Order number
Feb/16/2017  08:19:54   25mm/s   10mm/mV  ADS   60Hz   0.08 - 150Hz   4x2.5R1   12 Lead   U6612 JM121-461   12SL 8U2331

PRINTED IN U.S.A.

HR. 85 bpm

Unconfirmed report

55) I was found Not guilty of the malicious Retaliatory Criminal charges filed against me by Defendant Bronescswiski and others PSP, etc and charges was withdrawn dismissed with prejudice. I was told that they Never made it Pass Preliminary hearing stages cause case Lacked evidence and was hearsay by PSP Trooper Bronescswiski on Reports false info inadmissible.

56) In regards to incident of 9/3/19 Sexual abuse, Defendant Mihal wasn't given Notice that I filed PREA against her until 9/4/19 when she Returned to work the Next Morning - However upon Notice, She wrote up a false Malicious Retaliatory Misconduct DC 141 Report against me alleging that I exposed My Penis to her and during 9/3/19 Interview. She Back dated the Report alleging it was written on 9/3/19, when really She wrote it on 9/4/19. All Defendants continue to conspire to file false Malicious Retaliatory Criminal charges against me and have their employees/employers coworkers friends file false Malicious Criminal charges on me in future.

57) PA DOC Policy 8 DC ADM 801 Section 1  Misconduct Policy States that Misconduct Reports shall be written and served same day of incident written.

58) While in Infirmary Cell in medical Dept on 9/3/19 upon return from hospital UPMC Pinnacle Harrisburg, I shall have been served the Misconduct if it was really written on 9/3/19. However I wasn't served until Next day in the DTU E Block on 9/4/19. My Due Process was violated and I raised the Issue of Misconduct written/served at hearing but HEX still found me guilty illegally and sanctioned me to 45-60 Days DC Consecutive Status which caused me to Not be able to be interviewed for Parole by Board until months later as a result of More DC Status time, Parole Dont Interview Inmates in RHU/DTU on DC Status.

59) while it It is true that My Penis was outside of My Pants on 9/3/19 but however I didn't expose My own Penis, Instead Defendant Mihal pulled My Penis out without My Consent.

60) Defendant Benfield, Harry, K. Carberry, State of Pennsylvania, and others Responsible was in charge of facility and ensures safety/security of Inmates as they Supervised all of the other Defendants and they had Notice written/verbally prior to and after Defendants Malicious Sexual Physical assaultive Retaliatory Behaviors towards me in the facility the Patterns of Excessive force/Assaults but didnt protect me from harm or further harm and didnt care and seemed to Ignore the communications therefore Causing Numerous of Physical mental emotional Psychological Injuries as described

61. When Defendants specifically Mihal and Bronescswiski found out that the false criminal charges they conspired to file filed against me, was eventually dismissed/withdrawn or knew that the charges would likely be dismissed, they continued to conspire to set me up to file more charges against me in retaliation by sabotizing conscificating my outgoing U.S Mail, holding it and then ordering security officers Wallace, etc to harass me with planned intentional urinealysis requirement for me to submit urine samples repeatedly so they could pour onto my mail and lie and say I attempted to send out urine as in the mail stains etc so they could file false criminal charges against me of "Aggravated Harassment by poisoner" through way of US mail, and they attempt to obtain DNA to use to set me up such as on 8/31/20 and other dates all in continuing pattern of conspiracy to file malicious or criminal charges against me in future before statute of limitations, incase I filed this herein lawsuit sex abuse claims against Defendant Mihal. All Defendants knew that I did not commit any crime or have intent to commit any crimes.

62. To save funds, due to lack offunds to preserve camera footage video tapes, they didn't record. The lack of installed working cameras on the unit E Block and all other places where I was either sexually/physically abused at by all mentioned defendants, is a text book example of deliberate ich indifference. There was cameras installed and angled in the area of EA1007 cell on 8/14/19 and in security dept hallways, Lobby and Mihal's office on both times She sexually abused me such as July 2019 and September 3 2019 however it was brought to my attention that these cameras don't record, They are there just for show and tell and to make it look like they comply with PA State law and federal law that passed years prior to have require all PA DOC prisons to have sufficient amount of working cameras install on in places units for safety/security of all staff & inmates. However at these times, one of the incidents in question, there was cameras installed to view the areas but the cameras didn't record and all defendants was or aware and knew of prior to the incidents occurring iso They took advantage of the fact they could do illegal acts and they still all knew when the incidents occurred but still failed to ensure cameras record afterwards as a result, the defendants failed to protect me from harm and risk of attacks and was deliberate indifferent to my safety which resulted in physical psychologically emotional injuries. The only recording cameras available was handheld audiovisual cameras which were carried after assaults ended.

Exhaustion

(63) Plaintiff Zanichelli fully exhausted all of his available remedies as to all claims against all Defendants in This Action. He verbally and written on exhaustion claims against all Defendants in This Action. He verbally and written on exhaustion filing of Request slips, grievances and appealed as a far as permitted, allowed, required. He followed The policies in regards to exhaustion in all ways Through grievance System DCADM 804 Policy, PREA Sexual D-Abuse-Retaliation Reporting Policy DCADM002, Abuse Policy DCADM 001, use of force policy, etc He went Through The PADOC System, County System and State System fully exhausted. His grievances complaints was denied so he appealed all The way Through end of systems of Responses DCADM 801 Appeals as well (Paragraph # 1 Through 90 is refilled reincorporated)

## Legal Claims * (Note: Plaintiff allege, Re allege and Incorporate By Reference paragraph #1 Through #63 as well Section A Through I Below) *

(64) Defendant Mihal violated my 8th amendment of U.S. Constitution failure to Protect, The two instances of her sexually assaulting abusing me & excessive force on Both times Mentioned in fact section (C) of complaint

(65) Defendant Mihal violated 1st amendment by retaliating against me with patterns of retaliatory sexual abuse, excessive force, Assaults, misconducts and malicious false criminal charges

(66) Defendant Mihal violated 14th amendment Due Process by writing false misconducts against me and helping Defendant PSP trooper initiate & file malicious prosecution false criminal charges against me in retaliation for PREA complaints filed against her.

(67) Defendant Rivera Mihal violated state law of Pennsylvania Assault & Battery for The two instances she physically/sexually assaulted me.

(68) Defendant TROJAN, ARMSTRONG, Ritchey, Rivera all violated 8th amendment of U.S. Constitution when They made threats to physically/sexually assault me and Then afterwards did so, in retaliation for Prea complaint filed against me and Then afterwards did so, used excessive force in patterns & sexual Abuse. Ritchey and officers Defendants

(69) Defendant TROJAN, Ritchey, Rivera, ARMStrong violated 1st amendment by pattern of Retaliation in form of using excessive force, sexual abuse, false misconducts against me because of Prea complaints, etc

(70) Defendant TROJAN Ritchey, Rivera ARMStrong violated state of Pennsylvania law ASSAULT & Battery (as described in #68.

(71) All Defendants violated 8th amendment and PA state law by being deliberate indifferent to my safety/security, knowing That The Cameras installed in The unit or Locations where I was Repeatedly abused at dont work or Record, staff knew of The practice Policy of NO Recording Cameras but failed to Protect me from further harm by all other Defendants and they all knew That there was a pattern of Retaliatory excessive force exist But failed to Protect me

(72) Defendant Mihal, Broniscswiski, cumberland county, commonwealth of PA, Laurel Harry, Benfield, Carberry Baptist was Weis all violated my Due process under 14th amendment depriving me of freedom by subjecting me to malicious prosecution false Imprisonment Unlawful Restraint ets also in retaliation which also violated
* State Law, UNLAWFUL Restraint, False IMPRISonment, Malicious prosecution

(73) All Defendants violated 8th amendment deliberate indifferent to my safety (Risk of Sexual assault by female staff and knew I was being assaulted by Mihal, Directives Listed in records to only Be seen By Male staff.

*Sorry sent via USPS first class*

*Sorry for mailing delay!*

**DC-138A**

**CASH SLIP**

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS

**1. REQUISITIONING INMATE** Fz Block CPOD cell cc07

| DOC NUMBER | NAME (PRINT) | LOCATION | DATE |
|---|---|---|---|
| LW2870 | Lamont Zamichieli | FC-1007 | 2/20/2021 |

**2. ITEMS TO BE CHARGED TO MY ACCOUNT** FEB 20, 2021

*Thank you very much!!! Have a wonderful Blessed day!!*

Please deduct appropriate amount of funds for Postage to mail this envelope full of Documents to Final Review Grievance appeals central office address Below

*Total 20 document enclosed*

Anticipated Legal Postage.

envelope # 2 of 2

TO: Fnal Review SOIGA 1920 Technology Parkway Mechanicsburg, PA 17050

Grievance Appeal #913605 with all associated required Documents for review. also Grievance Appeal # 893199 exhibits.

All associated documents for Grievance Appeal # 966732

* Please deduct 10¢ send me copy of Cash Slip indicating cost of Postage, date of mailing, etc.

* Please deduct 10¢ to send me a copy of front of envelope addressed to SOIGA. Thanks!

copies 20

Feb-26-2021

Co G

**3. INMATE'S SIGNATURE**

**4. OFFICIAL APPROVAL**

**5. BUSINESS OFFICE'S SPACE**

| CHARGE ENTERED | DATE | BOOKKEEPER |
|---|---|---|
| $ .20 | 2/25/21 | |

(74) All Defendants as mentioned in the above caption as per factual claims of this complaint, etc violated 1st amendment of US Constitution by subjecting me to Retaliatory Malicious Prosecution false criminal charges and Pattern of Retaliatory excessive force & Sexual assaults knew I didnt commit any crime or didnt Risk or Provoke Defendants illegal use of forces, etc Di dnt Resist or Refuse to follow orders.

(75) Plaintiff Preserve-Reserve his right to Raise additional and other Legal Claims under federal/state Law, claims Not currently Listed in This section especially if the courts could Read that plaintiff stated any other Plausible Claim factually supported for entitlement to Relief despite plaintiffs confusion on theory of Law Legal authorities or statutes to cite or poor Sentence structure say snypix ..etc All claims courts could Read plaintiff adequately stated or is trying to State with supportive facts . Equal Rights Protection claus
I was falsely charged for allegedly filing false PREA sex abuse reports and Indecent exposure. other inmates
Dont get charged for these Things but I was all tho I didnt do this report or expose myself

## Relief Demanded/Request

(76) An Award of Appropriate amount of Compensatory Damages, Punitive Damages Nominal Damages against each Defendant Jointly/Severally
(Request all Roots Relevant available Camera Footages of all incidents in question as Preserved as evidence as the Plaintiff requested in his grievances, etc and all requested discovery Demands, Historical paperwork

(77) Trial By Jury (

(78) $300,000 Compensatory Damages toted from/Against Defendant Mihal (Three hundred thousand dollars)

(79) $300,000 Punitive Damages total from/Against Defendant Mihal (Three Hundred thousand dollars)

(80) $100,000 Compensatory Damages from/Against each defendant Defendant Trojan, Defendant Rivera, Defendant Ritchey, Defendant Armstrong Jointly/severally (One Hundred Thousand dollars)

(81) $100,000 Punitive damages from Against each, Defendant as described above in paragraph #80 Jointly/severally. (one Hundred thousand dollars)

(82) $50,000 Compensatory Damages against each other all defendants Jointly and severally (Fifty Thousand dollars)

(83) $50,000 Punitive Damages against each other Listed defendant Jointly/severally (Fifty Thousand dollars)

(84) Declaratory Rel Judgement in Plaintiffs favor That defendants violated his Federal and State of PA Laws/Rights of US constitution

(85) $75,000 Eash for pain & suffering (Intentional Infliction of Emotional Distress)

(86) $250,000 for The Malicious Prosecution, false Imprisonment, unlawful Restraint)

(87) All Reasonable court costs, filing fees, cost of filing/Litigation expenses Informa Pauperis and $250,000 or More attorney fees.

(88) Injunctive Preliminary or permanent Relief such discharge from custody immediately and/or parole and cease the Retaliatory patterns of excessive force, sexual assault & Malicious Prosecution and conspiracy of all defendants, agencies in all facilities against (SMI) inmates

(89) Any/All other Relief the courts could/would grant Deemed Neccessary/equipable Relief: camera's shall Re Record, work and Be fixed, Installed, monitored in security Dept offices/Lobby and in Dcarked Dont install antiques no later

Smart Communications /PADOC
Lamont Zanichelli
Inmate #Lw12870
SCI-Camphill
PO Box 33028
St. Petersburg, Florida 33733

FINAL Review
Secretarys office of inmate grievance Appeals
1920 Technology Parkway
Mechanicsburg, PA 17050
PA-DOC
confidential

- Legal mail -
Date 2/20/2021
Envelope #1 of 2

<u>Verification</u>   (Affidavit / Declaration)

(90) I, Lamont Zamichieli, verify - swear that the Statements made in this foregoing complaint are true, correct, and adequate / accurate to the Best of my knowledge, understanding, Belief, and information. I understand that false statements herein are subject to Penalty of Perjury pursuant to 28 U.S.C § 1746 and 18, Pa.c.s § 4904

Respectfully Submitted by / Signed by:

Lamont Zamichieli
Inmate # 2870
1200 Mokychic Drive
Collegeville PA 19426
SCI - Phoenix

Paragraph #1 through #89
Is to Be realleged & incorporated
By reference to this verification, etc.
also paragraph #A through #T

executed on July 3, 2021

(Civil Action)
§ 1983
Section
Federal Lawsuit

Lamont Zamichieli V. Bettylou Mihal; etal.,

[18 page complaint]



**DC-141   PART 2(A)**
Rev. 9/2009
**INMATE REQUEST FOR**
**REPRESENTATION AND WITNESSES**

# COMMONWEALTH OF PENNSYLVANIA
## DEPARTMENT OF CORRECTIONS

| DC Number | Name | Facility | Date | Number as on **Part 1** |
|---|---|---|---|---|
| | | | | |

You have been charged with a misconduct. You may request assistance and/or witnesses to appear at your hearing by completing the section(s) below.

In order to have assistance or witnesses at your hearing, you must complete this form and present all copies to one of your housing officers no later than 9:00 a.m. the next day after you receive notice of the misconduct.

Assistance:   ☐ I do not request assistance
☐ I request assistance by _____
(The person requested must be willing to assist you)

Witnesses:   You may request witnesses in accord with DC-ADM 801. State the relevance and importance of the testimony the witness will give.

---

| | |
|---|---|
| 1. Name of Witness:   No.   If Inmate Quarters<br><br>Why is this person's testimony relevant and important? | DO NOT WRITE IN THIS SECTION<br>For Use by Hearing Examiner<br><br>Witness permitted?    If not, why not? |
| 2. Name of Witness:   No.   If Inmate Quarters<br><br>Why is this person's testimony relevant and important? | Witness permitted?    If not, why not? |
| 3. Name of Witness:   No.   If Inmate Quarters<br><br>Why is this person's testimony relevant and important? | Witness permitted?    If not, why not? |

---

_____
Inmate's Signature

This section to be completed by Housing Officer only

Received completed form _____ hours _____
                                      Time           Date

_____
Housing Officer's Signature

_____
Hearing Examiner's Signature

**WHITE – DC-15   YELLOW – Inmate's Copy to be Given After Action by Hearing Examiner   PINK – Staff Member Reporting Misconduct**
**GOLDENROD – Inmate Cited**

*DC-ADM 801, Inmate Discipline Procedures Manual*
*Section 1 – Misconducts/Rule Violations*
Issued: May 20, 2015
Effective: July 2, 2015

*Attachment 1-D*



IN The United States District Court
of the Eastern District of Pennsylvania

| | |
|---|---|
| Lamont Zamichieli | Civil Action |
| Plaintiff | # |
| V. | |
| BettyLou Mihal, LT, | "Summons" |
| Srgt. Trojan, C/o Armstrong | |
| LT. Weis, LT. Rivera, | Defendants May serve plaintiff Documents |
| LT. Benfield, Keith Carberry -DSFM, | at → Smart communications/PA DOC/SCI-Phoenix |
| Supt. Laurel Harry | Lamont Zamichieli, inmate # LW2870 |
| PSP State Trooper Nate Bronescswiski | P.O.Box 33028 |
| UM-Bradley Ritchey, | St-Petersburg, Florida 33733 |
| Commonwealth of Pennsylvania - State of | Signed: |
| Pennsylvania, Cumberland county, | by: Lamont Zamichieli - Plaintiff |
| LT. Baptist, | Date: July 3, 2021 |
| Defendants, | |

* Note* See The Defendants Address on the front of page of the complaint As Listed for Defendants to Be Served at: SCI-Comphill
2500 Lisburn Road
P.O.Box 2237
Comphill, PA 17001

* All Defendants are sued in Their Individual & official Capacities *

Date: July 3, 2021

* Failure to comply or comply in timely manner Judgement/entry of Default will be filed against you for relief Requested Demonstrated in The complaints or facts will be deemed Admitted.

"SUMMONS"

TO The above Named Defendants:

You are hereby Summoned and Required to serve upon Plaintiff Lamont Zamichieli an Answer to complaint or some other motion or pleading/filing, etc. The herein with Served upon you and courts. Such filings Answer, motion Shall be provided to plaintiff within "20" or "30" Days after Service of the Documents from Clerk/Judge, Marshals, etc

Clerk/courts Shall Send Documents to plaintiff at:
Lamont Zamichieli inmate # LW2870
SCI-Phoenix
1200 Mokychic Drive
Collegeville, PA 19426

Defendants/Their Attorney if they have no attorney control number (ACN) Provided verified By DOC Shall Serve Plaintiff at:
Smart communications/PA DOC
Lamont Zamichieli inmate #LW2870
SCI-Phoenix P.O.Box 33028
St. Petersburg Florida 33733

SCI- Phoenix

Name Lamont Zamichieli

Number # LW2870

1200 Mokychic Drive

Collegeville, PA 19426

Sent: July 5, 2021
— Legal Mail —
outgoing

PA DEPARTMENT OF
CORRECTIONS
INMATE MAIL

JUL - 8 2021

neopost
07/06/2021
US POSTAGE $001.60⁰

ZIP 19426
041M12252211

Clerk of Courts
Eastern District Court of Pennsylvania
601 Market Street Room #2609 ???
Philadelphia, PA 19106